# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 18-cr-1023 CJW |
| vs. | **ORDER DENYING PRO SE MOTION** |
| MICHAEL STEVENSON, | |
| Defendant. | |

_____

Before the Court is Defendant's pro se Motion to Compel Disclosure of Discovery filed on April 11, 2019. (Doc. 53).

Defendant is represented by counsel. Therefore, this motion is denied without prejudice to refiling by appointed counsel, if in counsel's judgment, this motion is proper.

**IT IS SO ORDERED** this 12th day of April, 2019.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa