IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-CR-1023 |
| Plaintiff, | |
| vs. | MOTION TO WITHDRAW AS COUNSEL |
| MICHAEL STEVENSON, | |
| Defendant. | |

COMES NOW Attorney Cory Goldensoph, and for his Motion to Withdraw as Counsel hereby states the following:

1. Counsel was court-appointed on December 27, 2018 to represent Defendant, Michael Stevenson.

2. Defense counsel believes that the attorney client relationship has deteriorated to such a point that it would impossible for defense counsel adequately represent the Defendant.

WHEREFORE, defense counsel respectfully requests that the Court grant this motion or in the alternative schedule this matter for hearing.

CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Jack Lammers
Assistant United States Attorney

/s/Jodi Tielebein

cc: Michael Stevenson

/s/Cory Goldensoph
Cory Goldensoph            AT0002826
425 Second Street SE
Suite 803
Cedar Rapids, Iowa 52401
Telephone No. (319) 364-5525
Facsimile No.  (319) 286-1137
E-mail:  cory@goldensophlaw.com

ATTORNEY FOR DEFENDANT