# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | **HEARING MINUTES**  Sealed: No |
| Plaintiff(s) | Case No.: 18-cr-1023 |
| vs. | Presiding Judge: C.J. Williams |
| MICHAEL STEVENSON | Deputy Clerk: Patrick Thompson |
| Defendant(s) | Official Court Record: Sarah Dittmar   Contract? Yes |
| | Contact Information: reportingwhereur@yahoo.com |

| Date: | 4/23/19 | Start: | 8:47 am | Adjourn: | 5:01 pm | Courtroom: | 3, 4th Floor Cedar Rapids | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | 10:42 – 11:02 am; 12:01 – 1:18 pm; 3:03 – 3:18 pm | | | Time in Chambers: | | -- | | Telephonic? | No |
| Appearances: | Plaintiff(s): | Jack Lammers & Kyndra Lundquist, A.U.S.A.s | | | | | | | |
| | Defendant(s): | Cory Goldensoph (defendant personally present) | | | | | | | |
| | US Probation: | n/a | | | | | | | |
| | Interpreter: | n/a | | | Language: | | Certified: | Telephone: | |

**TYPE OF PROCEEDING:**   IS THE HEARING   Contested? Yes   Continued from a previous date? No

| **TRIAL:** | Jury: | x | Non-jury: | | Day: | 1 |
|---|---|---|---|---|---|---|

| Motion(s): | Motion for Batson Challenge | Ruling: | Denied |
|---|---|---|---|
| Time: | Event: | | |
| 8:47 – 9:09 am | Trial matters discussed outside the presence of the jury | | |
| 9:10 am | Venire enters | | |
| 9:11 – 9:22 am | Voir dire by the Court | | |
| 9:22 am | Venire sworn | | |
| 9:23 – 10:13 am | Voir dire by the Court | | |
| 10:13 – 10:42 am | Voir dire by Mr. Lammers | | |
| 11:02 – 11:03 am | Trial matters discussed outside the presence of the jury | | |
| 11:04 am | Venire enters | | |
| 11:05 – 11:28 am | Voir dire by Mr. Goldensoph | | |
| 11:29 am | Venire exits | | |
| 11:30 – 11:53 am | Exercise of peremptory strikes | | |
| 11:54 am | Venire enters | | |
| 11:55 – 11:59 am | Jury announced and remainder of venire sworn | | |
| 11:59 am | Jury sworn | | |
| 12:00 – 12:01 pm | Trial matters discussed outside the presence of the jury | | |
| 1:18 – 1:47 pm | Court instructs the jury | | |
| 1:48 – 1:56 pm | Opening statement by Ms. Lundquist | | |

| | | |
|---|---|---|
| | 1:56 – 2:06 pm | Opening statement by Mr. Goldensoph |
| | 2:06 – 3:01 pm | Direct exam of Chad Leitzen by Mr. Lammers |
| | 3:02 pm | Jury exits |
| | 3:02 – 3:03 pm | Trial matters discussed outside the presence of the jury |
| | 3:18 – 3:34 pm | Direct exam of Heidi Woodyard by Mr. Lammers |
| | 3:34 – 3:36 pm | Cross exam of Heidi Woodyard by Mr. Goldensoph |
| | 3:36 – 4:58 pm | Direct exam of Chad Leitzen by Mr. Lammers (cont.) |
| | 4:59 pm | Jury exits |
| | 4:59 – 5:01 pm | Trial matters discussed outside the presence of the jury. |
| | **Verdict:** | |
| | **Witness/Exhibit List is** | Will be attached to final day's minutes |
| | **Miscellaneous:** | Court confirms with the parties that defense counsel's motion to withdraw (Doc. 65) was denied on 4/16/19. Defense consents to the government calling Heidi Woodyard before concluding Chad Leitzen's testimony. Direct exam of Chad Leitzen will continue tomorrow. |