# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DUBUQUE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>**vs.** )<br>)<br>**MICHAEL STEVENSON,** )<br>)<br>)<br>**Defendant.** ) | Case No. CR 18-01023 CJW<br><br>SENTENCING<br>MEMORANDUM |

Comes Now, defendant Michael Stevenson, by and through counsel, and submits this Sentencing Memorandum in accordance with the Court's August 12, 2019, (Doc. 109) Order in this case:

I. The Defendant does not anticipate calling any witnesses.

II. The Defendant does intend to offer the following exhibits:

(A) Character Letters on behalf of Mr. Stevenson.

III. The Court will need to decide the following issues at the hearing:

(1) Drug Quantity and the corresponding base offense level, USSG §2D1.1(c).

(2) Two-level enhancement for obstruction of justice pursuant to USSG §3C1.1.

(3) Three-level adjustment for Aggravated Role, USSG §3B1.1(b).

(4) Two-level reduction for Acceptance of Responsibility, USSG §3E1.1.

(5) Upward departure pursuant to USSG §5K2.0(a)(2)(A), 5K2.0(a)(2)(B) and/or 5K2.1.

(6) Defendant's request for credit for time served in a dismissed case for conduct related to the instant offense.

(7) Defendant's motion for downward variance.

(8) Whether Adam Birch and Emily Nelson qualify as victims of the instant offense and the related imposition of restitution.

A brief will be filed separately in this case regarding all of the issues in dispute.

Respectfully Submitted
/s/ Michael K. Lahammer
Michael K. Lahammer, Li 014693
425 2nd Street SE, Ste. 1010
Cedar Rapids, IA 52401
Phone: 319-364-1140
Attorney for the Defendant
Email: mike@lahammerlaw.com

Copy to:
John H. Lammers, AUSA
Patrick T. Korth, USPO

I certify that I electronically filed the above on Sept. 30, 2019, via CM/ECF, and all parties of record were notified accordingly.
/s/ Michael K. Lahammer