Northern District of Iowa
In Forma Pauperis Declaration

RECEIVED JAN 07 2021
RECEIVED JAN 07 2021

United States

v.

Michael Stevenson

Declaration In Support of Request To proceed Informa Paupepis

I, Michael Stevenson, declare that I AM the Movant in the above entitled case; that in support of my Motion to Proceed without being required to Pre pay fees, cost or give security therefor, I state that because of my Poverty, I AM unable to pay the cost of said Proceeding or to give Security therefor; that I believe I AM entitled to relief. I would also ask that you disclose All transcripts that pertain to the proceedings in this matter. Please and thankyou

1. Are you Presently Employed? yes [ ] No [X]
   b) If the answer is "no", state the date of last employment and the amount of the salary or wages per month which you received. PCI Plastics; IA, Iowa City 1200 Monthly wages

2. Have you received within the past twelve months any money from any of the following sources?
   a) Business, profession or form of self employment yes [ ] No [X]
   b) Rent payments, interest or dividends? yes [ ] No [X]
   c) Pensions, annuities or life insurance payments yes [ ] No [X]
   D) Gifts or inheritances yes [ ] No [X]
   E) Any other Sources yes [ ] No [X]

3. Do you own any cash, or do you have money in a checking or savings account?
   yes [ ] No [X] (Include any funds in prison accounts)

4. Do you own real-estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? yes [ ] No [X]

5. List the Persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. N/A

Executed on 01/04/021

michael stevenson

UNITED STATES DISTRICT COURT
DISTRICT OF ~~IOWA~~ (eastern division)

Michael STEVENSON
Plaintiff or Petitioner (full name)

v.

United States of America
Defendant(s) or Respondent(s) (full name)

RECEIVED JAN 0 7 2021

Case No. 18-CR-1023
(to be supplied by Clerk)

## AUTHORIZATION FOR RELEASE OF INSTITUTIONAL ACCOUNT INFORMATION AND PAYMENT OF THE FILING FEE

I, Michael StevenSON, 17706-029,
(your name) (institutional identification number)
hereby authorize the court to obtain from the agency having custody of me, information about my institutional trust account, including balances, deposits, and withdrawals over the prior six months.

I further authorize the agency or facility having custody of me to continue to disclose information about my institutional trust account, including balances, deposits, and withdrawals to the court until the filing fee in this matter is paid in full.

I further authorize the agency or facility having custody of me to withdraw funds from my institutional trust account in accordance with 28 U.S.C. § 1915 and to forward these funds to the court for payment of any filing fee.

Signature: Michael Stevenson    Date: 1/4/21

*This form does not need to be notarized.*

1. What type of case are you filing? __Petition for a Writ of habeas Corpus, 28 U.S.C 2255__
   (e.g. civil rights, petition for a writ of habeas corpus, etc.)

2. Are you currently married? ☐ Yes  ☑ No

3. If you and/or your spouse have any of the following assets, provide details:

| Type of Asset | Approximate Value |
|---|---|
| Bank account (checking, savings, money market etc.) | $ 0 |
| Retirement account (IRA, 401(k), 403(b), pension, etc.) | $ 0 |
| Investments (certificate of deposit, stocks, securities, bonds, mutual funds, exchange traded funds, etc.) | $ 0 |
| Real estate (house, apartment building, condo, lots, etc.) | $ 0 |
| Other valuable assets (motor vehicles, boats, jewelry, art work, collectibles, etc.) | $ 0 |

Are there any other circumstances that you would like the court to consider when reviewing your request to proceed without prepayment of costs and/or fees?

__N/A__

I, __Michael Stevenson__, declare that I am the plaintiff or petitioner in the above-named action. In support of my request to proceed in forma pauperis, I declare that I am unable to pay the fees and/or costs of these proceedings and that I believe I am entitled to the relief sought in the present complaint, petition, or motion. I understand that a false statement may result in a dismissal of my claims. I answer the following questions fully, truthfully, and under penalty of perjury. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Institutional Identification Number: __17706-029__

Signature: __Michael Stevenson__     Date: __1/4/21__

*This form does not need to be notarized.*

Michael Stevenson
Plaintiff or Petitioner (full name)

v.

Case No. 18-CR-1023
(to be supplied by Clerk)

United States of America
Defendant(s) or Respondent(s) (full name)

## PRISONER'S PETITION AND AFFIDAVIT TO PROCEED WITHOUT PREPAYMENT OF FEES AND/OR COSTS

### THIS FORM IS FOR PRISONERS ONLY.

*The cost of filing nearly every civil action is $400.00. This includes the $350.00 statutory filing fee and a $50.00 administrative fee. If you cannot afford this $400.00 fee you may ask permission to proceed without the prepayment of fees and/or costs by completing this form, the attached authorization, and providing the court with a certified copy of your institutional trust account statement for the past six months. The court will review your trust account statement and calculate the amount you must pay for your case to proceed. After you pay this initial partial filing fee, the court will review your complaint to determine whether it is sufficient to proceed. Every month, the prison will automatically deduct 20% of your monthly income from your institutional trust account. The money will be forwarded to the court to be paid towards the remainder of the $350.00 statutory filing fee. These automatic deductions will continue until the $350.00 statutory filing fee is paid in full. Prisoners granted permission to proceed without the prepayment of fees and/or costs do not have to pay the $50.00 administrative fee.*

*The filing fee for a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 or 2254 is $5.00. If you are unable to pay this $5.00 filing fee, complete this form, the attached authorization, and provide the court with a certified copy of your institutional trust account statement for the past six months. If the court finds that you are unable to pay the $5.00 filing fee, the court will grant your petition to proceed without prepayment of fees and/or costs and you will not have to prepay the $5.00 fee.*

*If you are filing a motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255, there is no filing fee. However, you may want to complete and return this form and the attached authorization, and provide the court with a certified copy of your institutional trust account statement for the past six months if you believe you will be unable to pay other costs associated with your case such as the cost of obtaining transcripts.*

Michael Stevenson, 17706-029
FCI Oxford
Federal Correctional Institute
P.O. Box 1000
Oxford, WI, 53952

MILWAUKEE WI 530
5 JAN 2021 PM 5 L

1.7.21
EVB



Clerk of the district court
111 Seventh Avenue S.e
Ceder rapids, IA, 52401

52401-210312